# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | |
| Plaintiff(s), | Case No. 2:17-cv-02075-JAD-NJK |
| v. | ORDER |
| ADRIANA A. GARCIA, | |
| Defendant(s). | |

On November 2, 2017, Plaintiff obtained a default against Defendant. Docket No. 10. Plaintiff shall file a motion for default judgment by January 18, 2018.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge