ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff U.S. Bank, National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE RELATING TO CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2006-2, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIANA A. GARCIA, an individual,<br><br>Defendants. | **CASE NO.: 2:17-CV-02075-JAD-NJK**<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT ADRIANA A. GARCIA**<br><br>ECF No. 12 |

Plaintiff having submitted a Motion for Entry of Default Judgment for declaratory relief, seeking an Order declaring its Deed of Trust remains an enforceable lien on title; Default of Defendant Adriana A. Garcia having been entered for failure to answer or otherwise defend as to the Complaint of Plaintiff, and it appearing that said Defendant is not in the military service of the United States and not an infant or incompetent person, and good cause appearing therefore, the Court **HEREBY ADJUDGES, ORDERS, AND DECREES** as follows:

1. Default judgment shall be entered in favor of Plaintiff and against Defendant Adriana A. Garcia.  The Motion for Default Judgment **[12] is GRANTED.**

2. That certain Deed of Trust dated December 16, 2005, and recorded as document number 20051227-0000472 (the "Deed of Trust") in the Official Records of the Clark County Recorder's Office (the "Official Records") on December 27, 2005 remains a valid and enforceable lien on title to real property known as 10950 Dijon Court, Las Vegas, Nevada 89141; APN 177-32-312-049 (the "Property").

3. This judgment may be recorded in the Official Records to provide constructive notice to any and all parties of Plaintiff's secured interest in the Property.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 19, 2018

Respectfully Submitted By:
ZIEVE, BRODNAX & STEELE, LLP


 /s/J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq. (NV Bar No. 9795)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
sdolembo@zbslaw.com
Telephone: (702) 948-8565 x609